Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
SARI BRANCO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| SARI BRANCO, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| HUNT & HENRIQUES, ATTORNEYS AT LAW, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## VERIFIED COMPLAINT

SARI BRANCO (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against HUNT & HENRIQUES, ATTORNEYS AT LAW, (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Volcano, Amador County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with a business office in San Jose, Santa Clara County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant called Plaintiff from 866-590-7508.

12. Defendant threatened to take legal action against Plaintiff by stating, "You need to call back as soon as possible before impending action.  This requires your immediate attention."  (See transcribed voicemail messages attached as Exhibit A.)

13. Defendant failed to disclose in subsequent communications that the call is from a debt collector. (See Exhibit A.)

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692e* of the FDCPA by using deceptive or misleading means of communication when Defendant did not disclose that the calls were

from a debt collector.

    b. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

    c. Defendant violated *§1692e(11)* of the FDCP by failing to disclose in subsequent communications that the communication was from a debt collector.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, SARI BRANCO, respectfully requests judgment be entered against Defendant, HUNT & HENRIQUES ATTORNEYS AT LAW, for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages for plaintiff pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

//
//
//
//
//
//
//

PLAINTIFF'S VERIFIED COMPLAINT

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SARI BRANCO, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: June 9, 2009                KROHN & MOSS, LTD.

By: /s/ Miichael Agruss
Michael S. Agruss
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SARI BRANCO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SARI BRANCO hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6-9-09

_____
SARI BRANCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

PLAINTIFF'S VERIFIED COMPLAINT

Hi, this is a message for Sari Branco.  This is Bill Bender from the law offices of Hunt & Henriques calling in regards to your file here in the office.  You need to call back as soon as possible before impending action.  This requires your immediate attention.  Please contact me at 1-866-590-7508 and reference file number 286632.  This is not a solicitation or sales call.  It is important that you contact me.  Look forward to speaking with you.  Thank you.  Have a great day.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — YES **NO**
5. Embarrassment when speaking with family or friends — YES **NO**
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — YES **NO**
9. Feelings of guilt, worthlessness, helplessness — YES **NO**
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — YES **NO**
15. Negative impact on my relationships — YES **NO**

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____
_____

      Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6-9-09

Signed Name: *Sari Branco*

Printed Name: SARI BRANCO