Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorney for Plaintiff,
SARI BRANCO

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SARI BRANCO, | Case No.: 2:09-cv-01696-LKK-EFB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| HUNT & HENRIQUES, ATTORNEYS AT LAW, | |
| Defendant. | |

Plaintiff, SARI BRANCO, though her attorneys, informs this Honorable Court that Plaintiff has settled her case with HUNT & HENRIQUES, ATTORNEYS AT LAW. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully Submitted,

DATED: August 26, 2009                    KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff,
SARI BRANCO

- 1 -