UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARI BRANCO,

        Plaintiff,

   v.

HUNT & HENRIQUES, ATTORNEYS AT LAW,

        Defendants.
_____/

NO. Civ.S-09-1696 LKK/EFB

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty (40) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  August 31, 2009.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2